**IT IS ORDERED as set forth below:**

Date: February 14, 2018

_____
Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br><br>**RICHARD J. REYNOLDS, IV,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 17-52365-bem** |

**ORDER GRANTING APPLICATION REQUESTING ENTRY OF ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SCHEDULING HEARING, AND ESTABLISHING CERTAIN DEADLINES"**

A Chapter 11 Plan of Reorganization (the "Plan"), Disclosure Statement for Plan of Reorganization (the "Disclosure Statement"), and an "Application Requesting Entry of Order Conditionally Approving Disclosure Statement, Scheduling Hearing, and Establishing Certain Deadlines" ("Application") were filed by Debtor on February 13, 2018. The Plan and the Disclosure Statement are available for review in the office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 between 8:00 a.m. and 4:00 p.m. or online at ***http://ecf/ganb/uscourts.gov*** (registered users) or at ***http://pacer.psc.uscourts.gov*** (unregistered users.). Alternatively, creditors may request a copy of the Plan and Disclosure

Statement by contacting Debtor's attorney: Leslie M. Pineyro, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309, lpineyro@joneswalden.com, (404) 564-9300.

Accordingly, it is hereby

**ORDERED and NOTICE IS HEREBY GIVEN** that:

A.  The Disclosure Statement filed by Debtor is conditionally approved.

B.  **March 16, 2018**, is fixed as the last day for filing, on the ballot form attached to the Application, written acceptances or rejections of Debtor's Plan. All ballots must be *filed* with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy *mailed* to Debtor's attorney, Leslie M. Pineyro, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309.

C.  **March 16, 2018**, is fixed as the last day for filing and serving written objections to the Disclosure Statement or to confirmation of the Plan. Any such written objection to the Disclosure Statement or to confirmation of Debtor's Plan must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney, Leslie M. Pineyro, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309.

D.  A hearing will be held in **in the United States Bankruptcy Court, Courtroom 1402, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at 11:00 a.m. on the 21st day of March, 2018**, (1) to consider any objections to the Disclosure Statement, (2) to consider confirmation of the Plan and (3) to determine the value of collateral and extent to which claims are secured pursuant to 11 U.S.C. §506(a) and Rule 3012.

E.  The timeframe within which the Court may confirm the Debtor's proposed Plan and for Debtor to file any amendments to the Plan and Disclosure Statement is hereby extended through and including June 28, 2018.

**Debtor's attorney** is directed to serve a copy of this Order and Notice, with the Ballot

2

(as attached to the Application), the Plan, and the Disclosure Statement upon the U.S. Trustee and all creditors and parties in interest within three days of entry of this Order and Notice, and to file a certificate of such service within two days of mailing.

At least three days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of the Voting on the Plan of Reorganization indicating that all ballots cast have been tabulated and the resulting vote for each class designated in the Plan.

**End of Order**

Prepared By:
**JONES & WALDEN, LLC**
/s/ *Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
lpineyro@joneswalden.com
21 Eighth Street, NE
Atlanta, Georgia 30309
 (404) 564-9300 Telephone
 (404) 564-9301 Facsimile
Attorneys for Debtor in Possession

Distribution List

Leslie M. Pineyro, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309

Office of the U.S. Trustee, 362 Richard Russell Federal Bldg, 75 Ted Turner Dr., SW, Atlanta, GA 30303